**Don RICHMOND, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 30, 1956.

Carmol D. Cook, Central City, Lake, Bratcher & Cook, Hartford, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

The appellant was convicted in the Muhlenberg Circuit Court of selling alcoholic beverages in local option territory, and his punishment fixed at a fine of $100 and imprisonment of 60 days in jail. He appeals, contending that the court erred: (1) in failing to grant his motion for a continuance, and (2) in overruling his motion for a new trial.

An examination of the record convinces us that the court properly overruled his motion for a continuance and his motion for a new trial.

The motion for an appeal is overruled and the judgment is affirmed.